UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 22-CV-22764-KMM

WINDY LUCIUS,

    Plaintiff,
v.

5TH BITE OF THE APPLE, LLC.,
d/b/a Black Rock Bar & Grill, and
755 MANAGEMENT COMPANY, INC.

    Defendant.
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

COMES NOW Plaintiff, WINDY LUCIUS, by and through the undersigned counsel, and pursuant to Rule 41(a), Fed. R. Civ. P., hereby gives notice that she voluntarily dismisses this action, with prejudice against, Defendants, 5TH BITE OF THE APPLE, LLC., d/b/a Black Rock Bar & Grill, and 755 MANAGEMENT COMPANY, INC., and respectfully requests this Court to terminate the action.

Respectfully submitted this October 18, 2022.

        By: */s/ J. Courtney Cunningham*
        J. Courtney Cunningham, Esq.
        Florida Bar No.: 628166
        J. COURTNEY CUNNINGHAM, PLLC
        8950 SW 74th Court, Suite 2201
        Miami, Florida 33156
        T: 305-351-2014
        cc@cunninghampllc.com
        legal@cunninghampllc.com

        *Counsel for Plaintiff*

Lucius v. 5th Bite of The Apple, LLC et al<br>
Case No.: 22-cv-22764-KMM

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 18, 2022, an electronic copy of the foregoing document was filed with the Clerk of Court using the CM/ECF system which will send notice of electronic filing to all parties and Counsel of record.

By: <i>/s/ J. Courtney Cunningham</i><br>
J. Courtney Cunningham, Esq.<br>
Florida Bar No.: 628166<br>
J. COURTNEY CUNNINGHAM, PLLC<br>
8950 SW 74th Court, Suite 2201<br>
Miami, Florida 33156<br>
T:  305-351-2014<br>
cc@cunninghampllc.com<br>
legal@cunninghampllc.com<br>
<br>
<i>Counsel for Plaintiff</i>